Hannah P. Haynes

V.

Boston Public Schools

COMPLAINT  05 - 11218

Parties Referred to MJ JGDein

1. The plaintiff is a resident of the city of Newton, county of Middlesex, Massachusetts and a citizen of the United States.

2. The defendant is the Boston Public Schools, county of Suffolk, Massachusetts.

Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. 1331

4. On July 15, 2003, the plaintiff was denied a teaching position in the Boston Public School system.

5. The plaintiff was more than qualified for two positions but was denied a job because the other persons qualifications were only that they had been in the position for one year.

6. A person in a teaching position in Massachusetts for three years is called a provisional teacher. During those three years they do not have to be fully qualified.

7. Boston Public School policy allows for no yearly competition for those provisional jobs.

8. Therefore the plaintiff was unable to compete for either job, and was subsequestly denied a job.

9. The plaintiff was unable to work for even one year at a job in this school even though her credentials were better than the two provisional teachers. Her total salary lost for the intervening three years is $ 230,094.00

10. WHEREFORE, the Plaintiff demands judgment against the defendants for damages and such other relief as this Court deems just.

| | |
|---|---|
| Signature | *[signature: Hannah P Haynes]* |
| Name | Hannah P. Haynes |
| Address | 360 Langley Rd.<br>Newton Centre, MA 02459 |
| Telephone | 617-630-0045 |