UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANNAH HAYNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-11218MLW |
| BOSTON PUBLIC SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS

Now Comes the Defendant, Boston Public Schools, (hereinafter referred to as "Defendant") and moves, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, for this Honorable Court to dismiss with prejudice the Complaint of Plaintiff, Hannah Haynes, in its entirety. As grounds therefore the Defendant states (1) the Plaintiff has not stated a claim arising under the Constitution, laws, or treaties of the United States as required by 28 U.S.C. 1331 and (2) Plaintiff has failed to state a claim upon which relief may be granted. The Defendant submits the attached Memorandum of Law in support of its motion.

                                                        Respectfully submitted,
                                                        Defendant, Boston Public Schools,
                                                        By its Attorney,
                                                        Merita Hopkins
                                                        Corporation Counsel

By:    /s/ Alissa Ocasio
                Alissa Ocasio, BBO #645272
                Assistant Corporation Counsel
                Boston Public Schools
                26 Court Street, 7th Floor
                Boston, MA 02108
                (617) 635-9320

**CERTIFICATE OF SERVICE**

      I, Alissa Ocasio, hereby certify that on this 17th day of August, 2005 I have served a copy of the foregoing document via first class mail, postage prepaid, directed to:

Hannah P. Haynes
360 Langley Road
Newton Centre, MA 02459


                                        /s/ Alissa Ocasio
                                        Alissa Ocasio