UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>**HANNAH HAYENES,**</u><br>　　　**Plaintiff(s),**<br><br>　v<br><br>**<u>BOSTON PUBLIC SCHOOLS</u>**<br>　　　**Defendants** | **CIVIL ACTION**<br>**NO.  <u>05-11218-MLW </u>** |

<u>**ORDER OF DISMISSAL**</u>

**<u>WOLF</u>, D. J.**

　　　In accordance with the Court's Order allowing the defendant's motion to Dismiss, docket No. 3, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice as to the defendant, Boston Public Schools.

　　　　　　　　　　　　　　　　　　　　By the Court,

<u>**September 19, 2005**</u>　　　　　　　　　　　<u>**/s/ Dennis O'Leary**</u>
　　　**Date**　　　　　　　　　　　　　　　　**Deputy Clerk**

(dismiss-endo.wpd - 12/98)　　　　　　　　　　　　　　　　　[odism.]