Hannah P. Haynes

FILED
IN CLERKS OFFICE

2005 SEP 30 A 9:59

V.            Civil Action n. 05-11218MLW

U.S. DISTRICT COURT
DISTRICT OF MASS.

Boston Public Schools

## Plaintiff's Motion to Reconsider

Now Comes the Plaintiff and moves for this Honorable Court to reconsider the Original Motion as amended:

> " 3. This Court has jurisdiction over the mater pursuant to 28 USC 1331 ed. and under Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act. The Plaintiff alleges age discrimination."

> " 5. The plaintiff was more than qualified for two positions but was denied a job because the other persons' qualifications were only that they had been on the job for one year."

> "6. A person in a teaching position in Massachusetts for his/her first three years is called a provisional teacher. During those three years they do not have to be fully qualified. Provisional (non-tenured) teachers are disproportionately under the age of forty."